**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                             **CRIMINAL ACTION NO. 3:07CR154-P-A**

**JAMIE HAYES, ALI TAHER OBAD,
and SHEILA AL-SANABANI,**                       **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Ali Obad's Motion to Continue Trial [35]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for November 5, 2007. Defense counsel requests a continuance in order to allow him additional time to review the supplemental discovery that the Government has indicated it will provide.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from November 5, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [35] is **GRANTED**;

(2) Trial of this matter is continued as to all Defendants until Monday, December 3, 2007 at

9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from November 5, 2007 to December 3, 2007 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is November 12, 2007; and

(5) The deadline for submitting a plea agreement is November 19, 2007.

**SO ORDERED** this the 19th day of October, A.D., 2007.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE